IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

MONTY ROESLER,

Defendant.

4:21CR3010

ORDER

On the court's own motion, and with the consent of counsel,

IT IS ORDERED that Defendant's Arraignment and Detention Hearing is re-scheduled and will be held before the undersigned magistrate judge on March 16, 2021 at 1:30 p.m. by Zoom internet conferencing.

Dated this 8th day of March, 2021.

BY THE COURT:

s/ Cheryl R. Zwart
United States Magistrate Judge